Lorenzo BROADNAX, Petitioner–Appellant,

v.

Carolyn CROSS, Warden; Mark L. Early, Attorney General, Respondents–Appellees.

No. 00–7270.

United States Court of Appeals, Fourth Circuit.

Submitted March 22, 2001.

Decided March 28, 2001.

Lorenzo Broadnax, pro se. John H. McLees, Jr., Virginia, Richmond, VA, for appellees.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Lorenzo Broadnax seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Broadnax's motion to proceed in forma pauperis on appeal, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. *See Broadnax v. Cross,* No. CA–99–1377–AM (E.D.Va. Aug. 1, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*